868

LEONORA MORAN, Appellant, v REGENCY SAVINGS BANK, F.S.B., et al., Defendants, and ROSENFELD, BERNSTEIN & TANNENHAUSER, as Trustee, Respondent. BARRY SISKIN, ESQ., Nonparty Appellant.

Submitted January 2, 2007; decided February 20, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

MURIEL SIEBERT & CO., INC., Appellant, v INTUIT INC., Respondent.

Submitted February 13, 2007; decided February 20, 2007

Motion by National Employment Lawyers Association/New York for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief may be served and 24 copies filed within seven days.

NYACK HOSPITAL, Appellant, et al., Plaintiff, v GENERAL MOTORS ACCEPTANCE CORPORATION et al., Respondents.

Submitted February 13, 2007; decided February 20, 2007

Motion by Government Employees Insurance Company et al. for leave to appear amici curiae on the appeal herein denied as untimely (*see* Rules of Prac of Ct of Appeals [22 NYCRR] § 500.23).